**[J-37-2017]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

PENNSYLVANIA DEMOCRATIC PARTY
AND EMILIO A. VAZQUEZ,

                Appellants

                v.

THE PENNSYLVANIA DEPARTMENT OF
STATE, THE HON. PEDRO A. CORTES,
AND JONATHAN MARKS,

                Appellees

:  No. 14 EAP 2017
:
:  Appeal from Appeal from the Order of
:  Commonwealth Court entered on March
:  3, 2017 at No. 80 MD 2017.
:
:  SUBMITTED:  March 7, 2017

## ORDER

**PER CURIAM**

     **AND NOW,** this 10th day of March, 2017, the order of the Commonwealth Court is **AFFIRMED**.